UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

PNC Financial Services Group, Inc.,

Debtor.

**Order Filed on February 13, 2025
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 25-11192 |
| Chapter: | 7 |
| Hearing Date: | February 20, 2024 at 12:00 p.m. |
| Judge: | Mark E. Hall |

**AMENDED ORDER TO SHOW CAUSE WHY (I) THE CASE SHOULD NOT BE DISMISSED AND (II) PUBLIC ACCESS TO PAPERS SHOULD NOT BE DENIED**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 13, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Case 25-11192-MEH    Doc 13    Filed 02/13/25    Entered 02/13/25 16:53:57    Desc Main
Document    Page 2 of 2

In re:          PNC Financial Services Group, Inc.
Case No.:       25-11192
Caption:        Amended Order to Show Cause Why (I) the Case Should Not Be Dismissed and
                (II) Public Access to Papers Should Not Be Denied
Page 2 of 2

Through the Court, on its own motion, it is hereby

**ORDERED** that Ruth McLean, petitioner in the above-captioned involuntary Chapter 7 bankruptcy case, shall appear in person and show cause before the Honorable Mark E. Hall on Thursday, February 20, 2025 at 12:00 p.m. in Courtroom #2, 402 East State Street, Trenton, New Jersey, 08608, why:

- this case should not be dismissed for:

    (i) an unauthorized or fraudulent bankruptcy filing, including filing an involuntary petition against a regulated entity;

    (ii) failure to state a claim upon which relief can be granted;

    (iii) improper venue; and/or

    (iv) an improper use of bankruptcy forms;

- public access to papers should not be denied pursuant to 11 U.S.C. § 107(b)(2) and Federal Rule of Bankruptcy 9018.

**IT IS FURTHER ORDERED** that on or before Monday, February 17, 2025 by 4:00 p.m., Ruth McLean shall provide the Court with proof of: authenticity of signatures of petitioning creditors added to the involuntary Chapter 7 petition; authorization to file an involuntary bankruptcy petition against the Debtor, as required by the Bankruptcy Code; a cognizable claim upon which relief can be granted; proper venue; and information concerning the remaining deficiencies above. Failure to do so shall result in a dismissal of the case and expungement of its filing from the Court's records.